IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:13-cv-00740(AJT/TRJ) |
| CAPITAL ONE FINANCIAL CORPORATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Rule 12(b)(6) Motion to Dismiss of Defendants Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association [Doc. No. 35], on which the Court held a hearing on August 28, 2013. Upon consideration of the motion, the memoranda in support thereof and in opposition thereto, arguments of counsel during the August 28, 2013, hearing, and for the reasons stated in open court, it is hereby

ORDERED that Defendants Motion to Dismiss [Doc. No. 35] be, and the same hereby is, DENIED without prejudice.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 28, 2013