## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

      Plaintiffs/Counter-Defendants,

      v.

CAPITAL ONE FINANCINCIAL
CORPORTATION; CAPITAL ONE BANK
(USA), NATIONAL ASSOCIATION; and
CAPITAL ONE, NATIONAL
ASSOCIATION,

      Defendants/Counter-Plaintiffs,

      v.

INTELLECTUAL VENTURES
MANAGEMENT, LLC; INVENTION
INVESTMENT FUND I, L.P.; INVENTION
INVESTMENT FUND II, LLC;
INTELLECTUAL VENTURES FUND 83
LLC, and JOHN DOES 1-2000,

      Additional Counter-Defendants.

Civil Action No.  1:13-cv-740-AJT-TRJ

## NOTICE

Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank

(USA), N.A. (together, "Capital One"), hereby notify the Court that in light of Capital One's

First Amended Counterclaims [ECF No. 88] filed on October 14, 2013 pursuant to Fed. R. Civ.

P. 15(a), Capital One will not file an opposition to Plaintiffs' pending Motion to Dismiss

Antitrust Counterclaims 11, 12 and 13 and Eighth Affirmative Patent Misuse Defense because that Motion is now moot.  Capital One continues to oppose Plaintiffs' pending Motion to Dismiss, and should the Court view one as necessary, will file a substantive opposition.

Respectfully submitted,

**CAPITAL ONE FINANCIAL CORPORATION**
**CAPITAL ONE BANK (USA), N.A.**
**CAPITAL ONE, N.A.**


By:/s/ S. Mohsin Reza
Mary C. Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Ste. 500
Tysons Corner, VA 22182
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340

Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Nicholas R. Klaiber (VSB No. 80563)
nicholas.klaiber@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124

Jonathan D. Link (VSB No. 42951)
jonathan.link@lw.com
Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
Abbott B. Lipsky, Jr. (*pro hac vice*)
tad.lipsky@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone:  (202) 637-2200

Facsimile:  (202) 637-2201

Jeffrey G. Homrig (*pro hac vice*)
jeff.homrig@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  92025-1008
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Joseph H. Lee (*pro hac vice*)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone:  (714) 840-1235
Facsimile (714) 755-8290

Neil A. Rubin (*pro hac vice*)
neil.rubin@lw.com
LATHAM & WATKINS LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Andrew J. Fossom (*pro hac vice*)
andrew.fossom@lw.com
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
Telephone:  (713) 546-7449
Facsimile:  (713) 546-5401

*Attorneys for Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A. and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2013, I filed the foregoing with the Clerk of the Court using CM/ECF, which will then send a Notice of Electronic Filing (NEF) to the registered CM/ECF users listed below:

Clayton Thompson, VSB No. 41962
Ian F. Feinberg, Cal. Bar No. 88324
M. Elizabeth Day, Cal. Bar No. 177125
Marc C. Belloli, Cal. Bar No. 244290
Yakov Zolotorev, Cal. Bar No. 224260
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Telephone:  (650) 618-4364
Facsimile:  (650) 618-4368
cthompson@feinday.com
ifeinberg@feinday.com
eday@feinday.com
nbelloli@feinday.com
yzolotorev@feinday.com

Craig C. Reilly, VSB No. 20942
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia 22314
Telephone:  (703) 549-5354
Facsimile:  (703) 549-2604
craig.reilly@ccreillylaw.com

*Counsel for Plaintiffs Intellectual Ventures I LLC
and Intellectual Ventures II LLC*

/s/ S. Mohsin Reza
Mary C. Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Ste. 500
Tysons Corner, VA 22182
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340
*Counsel for Defendants*

Active 21383577v1