# EXHIBIT B

CONFIDENTIAL VIDEOTAPED DEPOSITION OF MARY TANNENBAUM
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

1 (Pages 1 to 4)

Page 1

```
 1    IN THE UNITED STATE DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3              ALEXANDRIA DIVISION
 4    ----------------------------------x
 5    INTELLECTUAL VENTURES I LLC and   :
 6    INTELLECTUAL VENTURES II LLC,     : CIVIL ACTION NO.
 7       Plaintiffs,          : 1:13-cv-00740-
 8       v.                   : AJT/TRJ
 9    CAPITAL ONE FINANCIAL CORPORATION, :
10    CAPITAL ONE BANK (USA), N.A. and  :
11    CAPITAL ONE, N.A.,                :
12       Defendants.          :
13    ----------------------------------x
14       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15       Videotaped Deposition of MARY TANNENBAUM
16              Brownsville, Texas
17            Thursday, October 17, 2013
18                 9:02 a.m.
19
20    Job No.: 45888
21    Pages: 1 - 212
22    Reported by: Sylvia Kerr, CSR, RPR, CRR
```

Page 2

```
 1       Videotaped Deposition of MARY TANNENBAUM,
 2    held at:
 3
 4
 5         HAMPTON INN & SUITES
 6         300 North Expressway
 7         Brownsville, Texas 78526
 8         (956) 548-0005
 9
10
11
12
13       Pursuant to Notice, before Sylvia Kerr
14    Certified Shorthand Reporter, Registered Professional
15    Reporter and Certified Realtime Reporter in and for
16    the State of Texas.
```

Page 3

```
 1              A P P E A R A N C E S
 2    COUNSEL FOR THE PLAINTIFFS:
 3       CLAYTON THOMPSON, ESQUIRE
 4       LARRY McDONOUGH, ESQUIRE
 5       FEINBERG DAY ALBERTI & THOMPSON LLP
 6       1600 El Camino Real
 7       Suite 280
 8       Menlo Park, California 94025
 9       (650) 618-4366
10
11    COUNSEL FOR THE DEFENDANTS:
12       JOSEPH H. LEE, ESQUIRE
13       LATHAM & WATKINS LLP
14       650 Town Center Drive
15       20th Floor
16       Costa Mesa, California 92626
17       (714) 540-1235
18
19    ALSO PRESENT:
20       ALBERT GONZALEZ, Videographer
```

Page 4

```
 1                 C O N T E N T S
 2    EXAMINATION OF MARY TANNENBAUM             PAGE
 3       By Mr. Lee                    7
 4
 5
 6                  E X H I B I T S
 7       (Attached to transcript)
 8    TANNENBAUM DEPOSITION EXHIBIT               PAGE
 9    Exhibit 1   Amended Subpoena to Testify       18
10         at Deposition
11    Exhibit 2   Amended Subpoena to Testify       18
12         at Deposition
13    Exhibit 3   Non-Party Mary Tannenbaum's       18
14         Objections and Responses to Capital
15         One Financial Corp
16    Exhibit 4   Mary Tannenbaum Curriculum Vitae  23
17    Exhibit 5   Limited Liability Company Agreement 41
18         of HotRay LLC
19    Exhibit 6   Certificate of Formation of       41
20         HotRay LLC
21    Exhibit 7   Meeting of Partners of Union Beach 53
22         Limited Partnership 3/23/2012
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF MARY TANNENBAUM
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

42 (Pages 165 to 168)

---

**165**

1    MR. THOMPSON: Objection, form.
2    A.  A profile keyed to a user identity, that's a
3    standard database concept that's been around.  The
4    difference in mine is that whereas a standard -- at the
5    time existing database profile might have contained my
6    name and my address and whatever, the profile didn't in
7    and of itself cause any action to be taken.  It was, if
8    you will, a static database.  My profile will result in
9    action being taken potentially, depending on how the
10   profile is established.
11   Q.  Where in this claim does it talk about taking
12   an action?
13   A.  In the second part of the claim.
14   Q.  You're talking about the means for presenting
15   transaction summary data?
16   A.  Yes, sir.
17   Q.  You didn't come up with the idea of having
18   means for presenting transaction summary data, did you?
19   A.  No.
20       MR. THOMPSON: Objection, form.
21   Q.  (By Mr. Lee) And what is transaction summary
22   data?

**166**

1    A.  Transaction summary data is a listing of a
2    summary of an individual transaction, which may have one
3    or multiple components.
4    Q.  So you're saying transaction summary data is
5    information about a single transaction; is that right?
6        MR. THOMPSON: Objection, form.
7    A.  It could be a single transaction.  It could be
8    a tabular representation of multiple transactions over a
9    time period.
10   Q.  And those one or more transactions have to be
11   for the one or more user selected categories; is that
12   right?
13       MR. THOMPSON: Objection, form.
14   A.  For a preset limit to be invoked, it would have
15   had to have been established in a specific user selected
16   category.
17   Q.  And a category isn't the same thing as a
18   specific transaction, right?  Categories track
19   transactions?
20       MR. THOMPSON: Objection, form.
21   A.  In my mind -- and this, again, was part of the
22   intent of the invention, was to provide for myself,

**167**

1    because I can only know my own mind and not what
2    necessarily anyone else wanted.  But to provide for
3    myself the kinds of things that I wanted.  And one of
4    the things I wanted was flexibility built in so that,
5    depending on the situation I found myself in, I could
6    have a limit or a notification for a number of things.
7    Something, for instance, in a particular category or I
8    could have wanted a limit notifying me for an individual
9    transaction.
10   Q.  And are you saying that prior to your claimed
11   invention nobody had ever thought of tracking individual
12   transactions?
13       MR. THOMPSON: Objection, form.
14   A.  Let me parse your question out loud as I think
15   through it.  Individual transactions -- could you -- I'm
16   sorry.  As I was parsing, I lost part of it.  Could
17   you -- would you please repeat?
18   Q.  Are you claiming that you're the first person
19   to come up with the idea of tracking individual
20   transactions?
21   A.  Okay.  Thank you.
22       MR. THOMPSON: Objection, form.

**168**

1    A.  Individual transactions had been tracked
2    because certainly the credit card companies had the
3    ability to bill for those individual transactions, so I
4    know they could track them because they could always
5    find me every month.
6        But what my invention provided was the ability
7    to track it in a manner that I selected that would be
8    meaningful to me.  So that if I needed to know that I
9    had gone over a limit that I had set, I'd get the
10   information.  Or if someone else who had a sub account
11   card under my account, which I would eventually be
12   responsible for paying for if they didn't, it would give
13   me also the kind of flexibility that I might need to
14   prevent them from making a transaction if necessary, and
15   if so desired.
16       And my invention, although it was certainly not
17   by any means the first person to track individual
18   transaction, mine, I believe, gave the first ability to
19   track ahead of time and know how individual transactions
20   fit into my ongoing timely budgetary planning.
21   Q.  Are you done with your answer?
22   A.  Yes, I am.