# EXHIBIT C

| UTILITY PATENT APPLICATION TRANSMITTAL UNDER 37 CFR 1.53(b) | ATTORNEY DOCKET 80967AF-P Customer No. 01333 |
|---|---|

To:    Commissioner for Patents
P.O. Box 1450
Alexandria, VA. 22313-1450

Express Mail Label No.

EV293532092US

Date: _12·22·03_

A METHOD FOR ORGANIZING DIGITAL
IMAGES

First Named Inventor (or Application Identifier):

Carl A. Testa, et al

Enclosed are:

1.  [X] Specification

2.  [29] Sheet(s) of drawing(s)

3.  [ ] Information Disclosure Statement Under 37 CFR 1.97.

4.  Combined Declaration for Patent Application and Power of Attorney:
    4a. [ ] New
    4b. [X] Copy from a prior application (37 CFR 1.63(d) (for continuation/divisional with Box 11 completed)

5.  Incorporation by Reference (useable if Box 4b is checked) The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

6.  [ ] Assignment of the invention to

7.  [ ] Certified copy of a priority

8.  [ ] Associate Power of Attorney

9.  [ ] Deletion of Inventor(s).
    Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

10. [ ] If a 111A application prior to examination of the above-identified application, amend the specification at Page 1, after the title, by inserting the following:
    --CROSS REFERENCE TO RELATED APPLICATION
    Reference is made to and priority claimed from U.S. Provisional Application Serial No. , filed , entitled .

**If a CONTINUING APPLICATION,** check appropriate box and supply the requisite information:

11. [ ] Continuation  [X] Divisional  [ ] Continuation-in-part (CIP)  of prior application No: 09/640,642,

12. [X] Please address all written communications to Pamela R. Crocker, Patent Legal Staff, Eastman Kodak Company, 343 State Street, Rochester, NY 14650-2201.
    Please Direct all telephone calls to Frank Pincelli at 585-588-2728.

The filing fee has been calculated as shown below:

| FOR: | NO. FILED | NO. EXTRA | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | | | | $ 770 |
| TOTAL CLAIMS | 16 - 20 = | -4 | x 18 = | $ 0 |
| INDEPENDENT CLAIMS | 2 - 3 = | -1 | x 86 = | $ 0 |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | + 290 | $ 0 |
| | | | **TOTAL** | $ 770 |

[X] Please charge my Eastman Kodak Company Deposit Account No. **05-0225** in the amount of   $ 770
    **A duplicate copy of this sheet is enclosed**

[X] The Commissioner is hereby authorized to charge any additional filing fees required under 37 CFR 1.16 or credit any overpayment to Eastman Kodak Company Deposit Account No. **05-0225.**
    **A duplicate c py of this sheet is enclosed.**

Frank Pincelli/phw
Telephone:  585-588-2728
Facsimile:  585-477-4646

Attorney for Applicants
Registration No. 27,370



80967AF-P
Customer No. 01333

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Carl A. Testa, et al.

A METHOD FOR ORGANIZING
DIGITAL IMAGES

Serial No. 10/744,537

Filed 22 December 2003

Group Art Unit: 2167

Examiner: Cheryl R. Lewis

I hereby certify that this correspondence is being
deposited today with the United States Postal
Service as first class mail in an envelope addressed
to Commissioner For Patents, P.O. Box 1450,
Alexandria, VA 22313-1450.

_Jane Carfagna_
Jane Carfagna

_January 15, 2007_
Date

Commissioner for Patents
P.O. Box 1450
Alexandria, VA. 22313-1450

Sir:

### Amendment

In response to the Office Action dated October 19, 2006, Applicant respectfully requests reconsideration in view of the following amendments and remarks.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1.      (currently amended)  A method of <u>automatically</u> organizing <u>digital images obtained from</u> a plurality of hard copy prints, each of said hard copy prints having an image thereon, comprising the steps of:

~~obtaining hard copy prints from a plurality of different sources;~~

~~grouping the obtained hard copy prints into one or more categories, each category separated by an associated machine readable instruction form;~~

digitally scanning <u>a plurality of hard copy prints that have been grouped into one or more categories, each category separated by an associated machine readable form</u> ~~said one or more categories and said associated machine readable instruction form to create one or more digitized image categories and associated digitized category data~~ <u>as to obtain a digital file of each of said images and digitally associating said one or more categories with said digital images in accordance with said associated machine readable instruction form;</u>

~~combining each image of said one or more digitized image categories with said associated digitized category data to produce a plurality of modified digital image files~~ <u>storing said digital images files and associated categories on a digital storage medium;</u> and

~~storing the modified digital image files.~~ <u>producing a product incorporating images from one or more of said categories as requested by a customer.</u>

2.      (original)  A method according to claim 1 wherein said product comprises an album page.

3.      (original)  A method according to claim 1 wherein said product comprises a computer storage media having said images.

4.      (original)  A method according to claim 3 wherein said storage media comprises a CD.

5.     (original)  A method according to claim 1 wherein said product comprises a digital image file containing said image.

6.     (currently amended)  A method according to claim 1 further comprising providing instructions on said <u>machine readable</u> instruction form relating to said ~~images~~ <u>ordering of said product</u>.

7.     (currently amended)  A method according to claim 6 wherein said instruction provides <u>additional</u> information as ~~grouping of~~ said images.

8.     (currently amended)  A method according to claim 6 wherein said instruction provides <u>personal</u> information about at least one of said images.

9.     (currently amended)  A method of organizing a plurality of images provided on a plurality of separate hard copy prints, comprising the steps of:

~~placing said hard copy prints into a desired order;~~

~~placing in front of at least one of said hard copy prints an instruction form capable of being scanned;~~

scanning ~~said hard copy prints~~ <u>a plurality of hard copy prints that have been provided in a desired order and having at least one instruction form place in association with a ground of said plurality of hard copy prints</u> so as to obtain a digital record of said images on said hard copy prints~~;~~ <u>and a digital record of</u> information provided on said instruction form; and

~~scanning said instruction form so as to obtain information provided on said instruction form; and~~

combining said digital record of said images with said <u>digital record of said</u> information provided on said instruction form to produce a plurality of modified digital image files.

10.     (currently amended)  A method according to claim 9 wherein said instructions <u>and modified digital images files are accessed by a</u>

-3-

computer wherein said instructions are ~~followed~~ implemented by said computer with respect to said images.

11.    (original)  A method according to claim 9 further comprising the step of:

provide at least one good and/or service in accordance with said instructions.

12.    (original)  A method according to claim 9 wherein said instruction is provided in the form of an icon.

13.    (original)  A method according to claim 12 wherein said icon is provided on a sticker.

14.    (original)  A method according to claim 12 wherein said icon is automatically associated by said scanner with respect to a particular instruction and/or information.

15.    (original)  A method according to claim 9 wherein said instruction form includes at least one machine readable instruction.

16.    (currently amended)  A method according to claim 9 further comprising the step of searching said images using ~~sad~~ said information provided on said instruction form.

17.    (previously presented)  A method according to claim 1 further comprising providing a product or service created from said at least one of the plurality of modified digital image files.

18.    (currently amended)  A method of automatically organizing digital images obtained from a plurality of hard copy prints, ~~each of said hard copy prints having an image thereon~~ comprising the steps of:

obtaining hard copy prints from a plurality of different sources, each of said hard copy prints having an image thereon;

-4-

~~grouping the obtained hard copy prints into one or more categories, each category separated by an associated machine readable instruction form;~~

digitally scanning ~~the obtained hard copy prints and associated machine readable instruction form~~ a plurality of hard copy prints each having an image thereon wherein said plurality of hard copy prints have been grouped together into one or more categories, each category being associated with an instruction form to create ~~digitized~~ digital image files of said images and ~~digitized~~ obtaining associated category information for said digital images in accordance with said machine readable instruction ~~data~~;

automatically grouping said digital image files into said categories in accordance with said instruction ~~respectively~~; and

storing the ~~digitized~~ digital image files ~~with the digitized~~ and said associated category ~~data~~ on a digital storage medium.

## **REMARKS**

In paragraph 5 on page 2 of the Office Action, Claims 1,9, and 18 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-statutory subject matter.

In response to the rejection of claims 1, 9, and 18 under 35 U.S.C. 101 Applicants have amended the claims to more clearly setforth the present invention. It is respectfully submitted that the claims as currently setforth accomplish a practical application so as to produce a useful, concrete, and tangible result. In particular with respect to claim 1, this claim is directed to a method of automatically organized digital images obtained from a plurality hard copy of prints by scanning a plurality of hard copy prints that have been grouped into one or more categories, each category separated by a machine readable instruction form. This information is stored on a digital storage media and then is utilized to produce a product.

In the present invention digital images are automatically obtained, organized and/or manipulated in accordance with machine readable instructions associated with each image. Claim 1 further setsforth the storing of the digital imaging files on a digital storage medium: produces a product incorporating images from one or more categories. Claim 1 clearly provides steps for obtaining of digital images and instructions by digitally scanning, clearly a physical step, from hard copy prints. The specification clearly discloses scanning by a scanner (see page 5, lined 9-21, and page 20, lines 6-9). Additionally claim 1 provides useful, concrete, and tangible by producing the digital image and implementing the instruction of which can be accomplished by computer (see pages 20, lined 26-28). Applicant respectfully submits claim 1 as amended overcomes the rejection under 35 U.S.C. 101. Similar type changes have been made to claim 18 and therefore overcomes the rejection setforth by the Examiner.

In regard to Independent claim 9, claim 9 also includes the scanning of prints and instruction form to obtain a digital record both in combining the digital records to produce a modified digital image files. Accordingly Applicant respectfully submit that the claim provides manipulation

of digital images and associated instructions to provide useful, concrete, and tangible results.

In view of the foregoing it is respectfully submitted that the claims in their present form are in condition for allowance and such action is respectfully requested.

The Commissioner is hereby authorized to charge any fees in connection with this communication to Deposit Account No. 05-0225.

Respectfully submitted,

Attorney for Applicant(s)
Registration No. 27,370

Frank Pincelli/mjl
Rochester, NY 14650
Telephone:  585-722-3335
Facsimile:  585-477-4646
If the Examiner is unable to reach the Applicant(s) Attorney at the telephone number provided, the Examiner is requested to communicate with Eastman Kodak Company Patent Operations at (585) 477-4656.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>10/744,537 | Filing Date<br>12/22/2003 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED<br>(Column 1) | NUMBER EXTRA<br>(Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | **01/19/2007** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 18 | Minus | ** 20 | = 0 | X $ = | | OR | X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | ***3 | = 0 | X $ = | | X $200= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **0** |

| | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) | |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
margaret byars

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*