# Exhibit A





| Quizzes & Games | Word of the Day | Video | New Words | My Favorites |

**New!**
**Spanish Central** ▶

comprise                                                   Subm




**Name That Thing**
Take Our 10-Question Quiz

### comprise

Save     Popularity 

**Sponsored Links**

**ATTN: HR Professionals**
Hire the Best W/ an Easy Online Applicant Tracking System. Free...
iCIMS.com/ApplicantTrackingDemo

**com·prise**    *transitive verb*   \kəm-ˈprīz\

: to be made up of (something) : to include or consist of (something)

: to make up or form (something)

**com·prised** | **com·pris·ing**

**Full Definition of COMPRISE**                            Like

**1** :  to include especially within a particular scope <civilization as Lenin used the term would then certainly have *comprised* the changes that are now associated in our minds with "developed" rather than "developing" states — *Times Literary Supplement*>

**2** :  to be made up of <a vast installation, *comprising* fifty buildings — Jane Jacobs>

**3** :  COMPOSE, CONSTITUTE <a misconception as to what *comprises* a literary generation — William Styron><about 8 percent of our military forces are *comprised* of women — Jimmy Carter>

**Usage Discussion of COMPRISE**

Although it has been in use since the late 18th century, sense 3 is still attacked as wrong. Why it has been singled out is not clear, but until comparatively recent times it was found chiefly in scientific or technical writing rather than belles lettres. Our current evidence shows a slight shift in usage: sense 3 is somewhat more frequent in recent literary use than the earlier senses. You should be aware, however, that if you use sense 3 you may be subject to criticism for doing so, and you may want to choose a safer synonym such as *compose* or *make up.*

**Examples of COMPRISE**

Each army division *comprised* 4,500 troops.

The play *comprises* three acts.

**Origin of COMPRISE**

Middle English, from Anglo-French *compris,* past participle of *comprendre,* from Latin *comprehendere*

First Known Use: 15th century

**Related to COMPRISE**

Synonyms
   consist (of), contain, muster

Related Words



**MORE QUIZZES**


**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**


**Vocabulary Quiz**
How strong is your vocabulary?
**Take the Quiz »**


**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
★★★★★"Incredibly fun and addictive. And informative!" — User Review, iTunes
**Download the App »**


**Don't Call Me a Loblolly, You Blatherskite**
Rare and Amusing Insults, Vol. 2


**Words for Uncommon Things That Scare**
Top 10 Unusual Phobias

**PHOTO CONTEST: THE WINNERS**


**"Serendipity"**
You showed us hundreds of ways to look at "serendipity."
**View the Top 15 »**

**STAY CONNECTED**


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**

comprehend, embrace, encompass, entail, include, involve, take in; assimilate, embody, incorporate

more

**Rhymes with COMPRISE**

abscise, advise, apprise, apprize, arise, assize, baptize, bite-size, breadthwise, capsize, chastise, clockwise, coastwise, cognize, crabw...

[+]more

**Learn More About COMPRISE**

Thesaurus: All synonyms and antonyms for "comprise"
Spanish Central Translation: "comprise" in Spanish

**Browse**

- Next Word in the Dictionary: compromis
- Previous Word in the Dictionary: comprisal
- All Words Near: comprise

**Seen & Heard**

What made you want to look up *comprise*? Please tell us where you read or heard it (including the quote, if possible).



Join Us on FB & Twitter
Get the Word of the Day and More
Facebook | Twitter