# Exhibit B






**Name That Thing**
Take Our 10-Question Quiz

Quizzes & Games | Word of the Day | Video | New Words | My Favorites

**New!**
**Spanish Central** ▶

# display



Save


Popularity


10 ENTRIES FOUND:

display
display advertising
display artist

Sponsored Links
**Norwegian Cruise Line**
7-day cruises from New York to Bermuda starting at $579
www.ncl.com

## dis·play
verb   \di-ˈsplā\



: to put (something) where people can see it

**Full Definition of DISPLAY**

: to show that you have (an emotion, quality, skill, etc.)

*transitive verb*

**1**
 **a** :  to put or spread before the view <*display* the flag>
 **b** :  to make evident <*displayed* great skill>
 **c** :  to exhibit ostentatiously <liked to *display* his erudition>
 *obsolete* :  DESCRY

Like

*intransitive verb*

**2**
 *obsolete* :  SHOW OFF

**1** :  to make a breeding display <penguins *displayed* and copulated>

**2** — **dis·play·able**   *adjective*

See *display* defined for English-language learners »
See *display* defined for kids »

**Examples of DISPLAY**

Students *displayed* their projects at the science fair.

Toys were *displayed* in the store window.

Her awards are prominently *displayed* on the mantel.

The museum *displays* relics found during the excavation of the site.

He *displayed* no emotion when I told him the news.

I was impressed by the care she *displayed* in making the





**MORE QUIZZES**


**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**


**Vocabulary Quiz**
How strong is your vocabulary?
**Take the Quiz »**


**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
★★★★★ "Incredibly fun and addictive.
And informative!" — User Review, iTunes
**Download the App »**


**Don't Call Me a Loblolly, You Blatherskite**
Rare and Amusing Insults, Vol. 2


**Words for Uncommon Things That Scare**
Top 10 Unusual Phobias

flower arrangements.

The rookie player *displayed* great skill.

The company has *displayed* exceptional dedication to this community.

**Origin of DISPLAY**

Middle English, from Anglo-French *desplaier, desploier,* literally, to unfold — more at DEPLOY

First Known Use: 14th century

**Related to DISPLAY**

Synonyms

show, disport, exhibit, expose, flash, flaunt, lay out, parade, produce, show off, sport, strut, unveil

Related Words

brandish, flourish, wave; advertise, air, announce, blaze, broadcast, herald, placard, post, proclaim, publicize, sound, trumpet; divulge, talk (about), tell (of); bare, discover, reveal, uncloak, uncover, unmask

Near Antonyms

camouflage, disguise, mask; conceal, cover, curtain, enshroud, hide, obscure, occlude, occult, shroud, veil

more

See Synonym Discussion at show

**Rhymes with DISPLAY**

abbé, affray, agley, airplay, airway, aisleway, all-day, allay, allée, Angers, Anhui, archway, array, ashtray, assay, astray, Augier, away...
[+] more

²display *noun, often attributive*

: an arrangement of objects intended to decorate, advertise, entertain, or inform people about something

: an event at which something is done or shown to impress or entertain people

: an action, performance, etc., which shows very clearly that you have some ability, feeling, quality, etc.

**Full Definition of DISPLAY**

**1  a** (1) **:** a setting or presentation of something in open view <a fireworks *display*> (2) **:** a clear sign or evidence **:** EXHIBITION <a *display* of courage>

**b :** ostentatious show

**c :** type, composition, or printing designed to catch the eye

**d :** an eye-catching arrangement by which something is exhibited <a *display* of artifacts> —often used with *on* <her early paintings are currently on *display*>

**e :** an electronic device (as a cathode-ray tube) that presents information in visual form; *also* **:** the visual information

**2  :** a pattern of behavior exhibited especially by male birds in the breeding season

See display defined for English-language learners »


**"Serendipity"**
You showed us hundreds of ways to look at "serendipity."
View the Top 15 »




**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**

**Join Us on FB & Twitter**
Get the Word of the Day and More
**Facebook** | **Twitter**



 



**Examples of DISPLAY**

The library's current *display* features locally made crafts.

Her trophies are in a *display* case.

The celebration ended with a spectacular fireworks *display*.

**First Known Use of DISPLAY**

1665

**Related to DISPLAY**

Synonyms
    exhibition, exhibit, expo, exposition, fair, show

Related Words
    demonstration, performance, presentation, production;
    extravaganza, pageant, spectacle; auction, offering,
    presentment, sale

more

**Learn More About DISPLAY**

Thesaurus: All synonyms and antonyms for "display"
Spanish Central Translation: "display" in Spanish

**Browse**

Next Word in the Dictionary: display advertising
Previous Word in the Dictionary: displant
All Words Near: display

**❝ Seen & Heard ❞**

What made you want to look up *display*? Please tell us where you read or heard it (including the quote, if possible).

**The Merriam-Webster Unabridged Dictionary**



Online access to a legendary resource
Log In or Sign Up »

**Learning English? We can help.**



Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

**Our Dictionary, On Your Devices**
Merriam-Webster, *With Voice Search*
Get the Free Apps! »

Case 1:13-cv-00740-AJT-TCB   Document 122-2   Filed 11/08/13   Page 5 of 6 PageID# 1567

**View Seen & Heard highlights from around the site »**

Merriam-Webster on Facebook    Like  158k



**Merriam-Webster's Visual Dictionaries**

Case 1:13-cv-00740-AJT-TCB   Document 122-2   Filed 11/08/13   Page 6 of 6 PageID# 1568

The new edition of the remarkable reference features 8,000 illustrations.
Learn More »



**Join Us**



Merriam-Webster on Twitter »



Merriam-Webster on Facebook »

**Bookstore: Digital and Print**

Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**

Webster's Unabridged Dictionary »
WordCentral for Kids »
Learner's ESL Dictionary »
Visual Dictionary »
Spanish Central »

Home   Help   About Us   Shop   Advertising Info   Dictionary API                                Browse the Dictionary
Privacy Policy   About Our Ads   Contact Us   Browser Tools                                     Browse the Thesaurus
© 2013 Merriam-Webster, Incorporated                                       Browse the Spanish-English Dictionary
                                                                                 Browse the Medical Dictionary
                                                                              Browse the Concise Encyclopedia