UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, *et al*., | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| *v.* | ) | Case No. 1:13cv740 |
| | ) | (AJT/TCB) |
| CAPITAL ONE FINANCIAL CORP., *et al*., | ) | |
| | ) | |
| *Defendants* | ) | |

**NEWLY ADDED COUNTER-DEFENDANTS'
RULE 12 RESPONSE AND JOINDER IN PLAINTIFFS'
MOTIONS TO DISMISS AND TO STAY ANTITRUST CLAIMS AND DEFENSES**

Pursuant to Rule 10(c) and 12 of the Federal Rules of Civil Procedure, newly added "Additional Counter-Defendants"—that is, Intellectual Ventures Management, LLC, Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures Fund 83 LLC (together, "New Intellectual Ventures Parties")—respond to Defendants' amended answer and counterclaims (Doc. 88), by adopting, joining in, and supporting the original Plaintiffs' motion to dismiss (Doc. 104) and the supporting arguments. The New Intellectual Ventures Parties also adopt, join in, and support the motion for bifurcation of antitrust issues and to stay discovery on those issues (Doc. 112), as well as the arguments in support.

Dated: November 13, 2013

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:    (703) 549-5354
FAX:    (703) 549-2604
E-MAIL: craig.reilly@ccreillylaw.com
*Counsel for Plaintiffs and the New
Intellectual Ventures Parties*

Ian Feinberg
Elizabeth Day
Marc Belloli
Clayton Thompson
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
(650) 618-4364 (T)
(650) 618-4368 (F)
cthompson@feinday.com
ifeinberg@feinday.com
eday@feinday.com
mbelloli@feinday.com
*Counsel for Plaintiffs, Intellectual Ventures I LLC
and Intellectual Ventures II LLC,
and the New Intellectual Ventures Parties*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on November 13, 2013, I filed the foregoing pleading or paper through the Court's CM/ECF system which sent a notice of electronic filing to the following attorneys for defendants:

| | |
|---|---|
| Robert A. Angle<br>  robert.angle@troutmansanders.com<br>Dabney J. Carr, IV<br>  dabney.carr@troutmansanders.com<br>Nicholas R. Klaiber<br>  nicholas.klaiber@troutmansanders.com<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219 | Mary Catherine Zinsner<br>  mary.zinsner@troutmansanders.com<br>S. Mohsin Reza<br>  mohsin.reza@troutmansanders.com<br>TROUTMAN SANDERS LLP<br>1660 International Drive, Suite 600<br>McLean, VA 22102-3805 |
| Andrew J. Fossom (*pro hac vice*)<br>andrew.fossum@lw.com<br>LATHAM & WATKINS LLP<br>811 Main Street, Suite 3700<br>Houston, TX 77002 | Jeffrey G. Homrig (*pro hac vice*)<br>jeff.homrig@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Joseph H. Lee (*pro hac vice*)<br>joseph.lee@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925 | Neil A. Rubin (*pro hac vice*)<br>neil.rubin@lw.com<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 |
| | Matthew J. Moore (*pro hac vice*)<br>matthew.moore@lw.com<br>Abbott B. Lipsky, Jr. (*pro hac vice*)<br>tad.lipsky@lw.com<br>Jonathan D. Link<br>Jonathan.link@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304 |

                                        */s/ Craig C. Reilly*
                                        Craig C. Reilly, Esq. VSB # 20942
                                        111 Oronoco Street
                                        Alexandria, Virginia 22314
                                        TEL (703) 549-5354
                                        FAX (703) 549-2604
                                        craig.reilly@ccreillylaw.com
                                        *Counsel for plaintiffs and the New Intellectual Ventures Parties*