UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| *v.* | ) | Case No. 1:13cv740 |
| | ) | (AJT/TRJ) |
| CAPITAL ONE FINANCIAL CORP., *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |

## ORDER

This matter came before the Court on plaintiffs' consent motion on behalf of both sides, seeking leave to bring electronic equipment (*viz.*, laptop computers, cords, and accessories) into Courthouse pursuant to the Local Civil Rule 83.3(A) for the purpose of presenting evidence and information during the upcoming hearings in this matter on Friday, November 15, 2013, and Monday, November 18, 2013. There being no opposition thereto, and it otherwise appearing proper to do so, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, upon showing a copy of this *Order* to the Court Security Officers, the parties may each bring up to two (2) laptop computers, cords, and accessories into the Courthouse on November 15 and 18, 2013, for the purpose of in-Court electronic presentations, but that the parties shall not connect to the Internet while in the Courthouse, and the parties shall not be permitted to bring cell phones into the Courthouse; and it is further

**ORDERED** that the parties may schedule a time to meet with the Court's Technology Administrator in Courtroom 700 prior to the first hearing on November 15 for an orientation session to test the electronic equipment on the Court's electronic presentation system, to ensure

operability of their computers with the Court's system, and to ensure the operators' understanding of the Court's system. The parties should coordinate with the Court's Technology Administrator to arrange, if and as needed, a specific date and time for that orientation session, and, upon showing a copy of this *Order*, may bring the electronic equipment listed above into the Courthouse for that orientation session.

ENTERED this ___/3rd___ day of November 2013.

Alexandria, Virginia

Anthony J. Trenga
United States District Judge

Anthony J. Trenga
**United States District Judge**