## ** CIVIL MOTION MINUTES **

Date: 11/15/2013

Time: 11:39 a.m. – 12:32 p.m.

Judge: Trenga
Court Reporter: R. Montgomery

Civil Action Number: 1:13cv00740

Intellectual Ventures I, LLC, et al., v. Capital One Financial Corporation, et al.,

Appearances of Counsel for:   ☒ Plaintiff(s)   ☒ Defendant(s)

Motion to/for:
[104] Motion to Dismiss for Failure to State a Claim the Defts' Amended Antitrust Counterclaims and Patent Misuse Defense (Doc [88]) by Intellectual Ventures I LLC, Intellectual Ventures II LLC
[112] Motion to Bifiurcate Antitrust Issues for a Separate Trial and to Stay Discovery on Antitrust Issues by Intellectual Ventures I LLC, Intellectual Ventures II LLC

Argued & SEE BELOW
☐ Granted   ☐ Denied   ☐ Granted in Part/Denied in Part
☐ Taken Under Advisement   ☐ Continued to:

[104] Motion to Dismiss for Failure to State a Claim the Defts' Amended Antitrust Counterclaims and Patent Misuse Defense (Doc [88]) by Intellectual Ventures I LLC, Intellectual Ventures II LLC – **TAKEN UNDER ADVISEMENT**.
[112] Motion to Bifiurcate Antitrust Issues for a Separate Trial and to Stay Discovery on Antitrust Issues by Intellectual Ventures I LLC, Intellectual Ventures II LLC – argument postponed pending ruling on the Motion to Dismiss.

☒ Order to follow