## ** CIVIL MOTION MINUTES **

Date:  11/18/2013                                   Judge:  Trenga
                                                    Court Reporter:  R. Montgomery

Time:  10:07 a.m. – 11:47 a.m.
           12:00 p.m. – 1:24 p.m.


Civil Action Number:  1:13cv00740

Intellectual Ventures I LLC, et al. v. Capital One Financial Corporation, et al.,

Appearances of Counsel for:          ☒ Plaintiff(s)               ☒ Defendant(s)

Motion to/for:
Markman Hearing


Argued &
☐ Granted            ☐ Denied            ☐ Granted in Part/Denied in Part

☒ Taken Under Advisement            ☐ Continued to:

   ▪ Markman Hearing held .
   ▪ [117] Motion for Leave to File an Early Summary Judgment Motion on s.101 and
     for Additional Summary Judgment Motions – **TAKEN UNDER ADVISEMENT**.

☒ Order to follow

   ▪ (4) spiral bound Pltf exhibits  *-and-*  (1) spiral bound Deft exhibits submitted in
     open Court.