IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:13-cv-00740__, Case Name __Intellectual Ventures I LLC et al. v. Capital One Financial Corporation et al.__
Party Represented by Applicant: __Capital One Financial Corporation; Capital One Bank (USA), N.A.; and Capital One N.A.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
NOV 18 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Kenneth Alexander Godlewski__
Bar Identification Number __488559__   State __District of Columbia__
Firm Name __Troutman Sanders LLP__
Firm Phone # __(202) 274-2950__   Direct Dial # __(202) 274-2993__   FAX # __(202) 274-2994__
E-Mail Address __kenneth.godlewski@troutmansanders.com__
Office Mailing Address __Troutman Sanders LLP, 401 9th Street, N.W., Suite 1000, Washington, DC 20004-2134__

Name(s) of federal court(s) in which I have been admitted __U.S. Court of Appeals for the Federal Circuit; U.S. District Court for District of CO, Eastern District of PA, Eastern District of WI, and Northern District of OH; U.S. Court of Appeals for the 6th Circuit__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Robert Armistead Angle
(Typed or Printed Name)

11/15/2013
(Date)
37691
(VA Bar Number)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

Anthony J. Trenga
United States District Judge
(Judge's Signature)

Nov. 18, 2013
(Date)