IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:13-cv-00740__, Case Name __Intellectual Ventures I LLC et al. v. Capital One Financial Corporation et al.__
Party Represented by Applicant: __Capital One Financial Corporation; Capital One Bank (USA), N.A.; and Capital One N.A.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Eric Michael Jaegers__
Bar Identification Number __283340__   State __California__
Firm Name __Troutman Sanders LLP__
Firm Phone # __(858) 509-6000__   Direct Dial # __(858) 509-6015__   FAX # __(858) 224-0952__
E-Mail Address __eric.jaegers@troutmansanders.com__
Office Mailing Address __Troutman Sanders LLP, 11682 El Camino Real, Suite 400, San Diego, CA 92130-2092__

Name(s) of federal court(s) in which I have been admitted __U.S. Courts of Appeals for the Fifth, Sixth, and Seventh Circuits; U.S. District Courts for the W.D.-Kentucky, E.D. Kentucky, E.D.-Texas, N.D.-Texas, S.D.-Texas, W.D.-Texas, C.D.-California, E.D.-California, N.D.-California, and S.D.-California.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   11/15/2013 (Date)
Robert Armistead Angle
(Typed or Printed Name)   37691 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

(Judge's Signature) United States District Judge

__Nov. 18, 2013__
(Date)