**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>   Plaintiffs/Counter-Defendants,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>   Defendants/Counter-Plaintiffs,<br><br>v.<br><br>INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, L.P.; INVENTION INVESTMENT FUND II, LLC; INTELLECTUAL VENTURES FUND 83 LLC; and JOHN DOES 1-2000,<br><br>   Additional Counter-Defendants. | Civil Action No. 1:13-CV-00740-AJT-TCB |

**NOTICE OF HEARING**

   PLEASE TAKE NOTICE that on Friday, December 6, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association ("Capital One") will move the Court for the relief requested in its Motion to Compel Antitrust Discovery. Capital One consents to and is available for a hearing on its Motion on December 6, 2013.

Dated:  November 22, 2013   Respectfully submitted,

        CAPITAL ONE FINANCIAL CORPORATION
        CAPITAL ONE BANK (USA), N.A.
        CAPITAL ONE, N.A.


        /s/   Mary C. Zinsner

        Jonathan D. Link (VSB No. 42951)
        jonathan.link@lw.com
        Marguerite M. Sullivan (VSB No. 66000)
        marguerite.sullivan@lw.com
        Matthew J. Moore (*pro hac vice*)
        matthew.moore@lw.com
        Abbott B. Lipsky, Jr. (*pro hac vice*)
        tad.lipsky@lw.com
        Gabrielle Kohlmeier (*pro hac vice*)
        gabrielle.kohlmeier@lw.com
        Peter Schmidt (*pro hac vice*)
        peter.schmidt@lw.com
        Anthony J. Zappin (*pro hac vice*)
        anthony.zappin@lw.com
        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, D.C.  20004-1304
        Tel: (202) 637-2200; Fax: (202) 637-2201

        Jeffrey G. Homrig (*pro hac vice*)
        jeff.homrig@lw.com
        Patricia Young (*pro hac vice*)
        patricia.young@lw.com
        Linfong Tzeng (*pro hac vice*)
        linfong.tzen@lw.com
        LATHAM & WATKINS LLP
        140 Scott Drive
        Menlo Park, CA  94025-1008
        Tel: (650) 328-4600; Fax: (650) 463-2600

        Joseph H. Lee (*pro hac vice*)
        joseph.lee@lw.com
        LATHAM & WATKINS LLP
        650 Town Center Drive, 20th Floor
        Costa Mesa, CA  92626-1925
        Tel: (714) 840-1235; Fax: (714) 755-8290

Neil A. Rubin (*pro hac vice*)
neil.rubin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234; Fax: (213) 891-8763

Andrew J. Fossum (*pro hac vice*)
andrew.fossum@lw.com
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
Tel: (713) 546-7449; Fax: (713) 546-5401

Alan James Devlin (*pro hac vice*)
alan.devlin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8294; Fax: (415) 395-5095

Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Nicholas R. Klaiber (VSB No. 80563)
nicholas.klaiber@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124

Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
Glenn B. Manishin (VSB No. 49029)
glenn.manishin@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

Kenneth Alexander Godlewski (*pro hac vice*)

kennneth.godlewski@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street N.W., Suite 1000
Washington, DC 20004-2134
Telephone:  202-274-2993
Facsimile:  202-274-2994

*Attorneys for Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the registered CM/ECF counsel listed below:

<div style="columns:2">

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314
703-549-5353
Fax: 703-549-2604
craig.reilly@ccreillylaw.com

Clayton Thompson
Ian F. Feinberg
M. Elizabeth Day
David Alberti
Marc C. Belloli
Yakov Zolotorev
Lawrence McDonough
Sal Lim
Nickolas Bohl
Peter Mikhail
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4364 (T)
(650) 618-4368 (F)
cthompson@feinday.com
ifeinberg@feinday.com
eday@feinday.com
dalberti@feinday.com
nbelloli@feinday.com
yzolotorev@feinday.com
lmcdonough@feinday.com
slim@feinday.com
nbohl@feinday.com
pmikhail@feinday.com

</div>

*Counsel for Plaintiffs Intellectual Ventures I LLC
and Intellectual Ventures II LLC*

/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
Glenn B. Manishin (VSB No. 49029)
glenn.manishin@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500

Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
*Counsel for Defendants Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.*