UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:13cv740 |
| ) | (AJT/TCB) |
| CAPITAL ONE FINANCIAL CORP., *et al.*, ) | |
| ) | |
| <u>*Defendants*</u> ) | |

FILED NOV 25 2013 CLERK, U.S. [DISTRICT CO]URT ALEXANDRIA, VIRGINIA

**ORDER**

This matter is before the Court on parties' consent motion to modify and extend the discovery and pretrial schedule. Upon consideration whereof, it is hereby

**ORDERED** that, pending the resolution of the motion, and for good cause shown, the date for filing initial expert reports is hereby extended to **December 13, 2013**; and it is further

**ORDERED** that the parties shall set the consent motion for a hearing on **December 6, 2013**; and it is further

**ORDERED** that except as modified herein or by prior orders of the Court, the terms of the initial pretrial order (Doc. 38) remain in effect.

ENTERED this 25th day of November 2013.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia