UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

## MOTION HEARING

Date: 12/6/13
Start: 10:04 AM
Finish: 10:17 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 13cv740

Intellectual Ventures I LLC et al

vs.

Capital One Financial Corp. et al

Appearance of Counsel for ( X ) Plaintiff   ( X ) Defendant

Deft's Motion to Compel Antitrust Discovery - DE #142

Consent Motion for Ext. of Time to Complete Discovery - DE #145

( ) Matter is Uncontested and Taken Under Advisement

Argued &    ┌ As Moot DE #142

( ) Granted (X) Denied ( ) Granted in part/Denied in part
( X ) Taken Under Advisement  ( ) Continued to
        └ DE #145

_____

( ) Report and Recommendation to Follow

( X ) Order to Follow