```
                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division


INTELLECTUAL VENTURES I LLC,    )
et al.,                         )
        Plaintiffs,             )
                                )
             v.                 )   Civ. No. 1:13cv740
                                )
CAPITAL ONE FINANCIAL           )
CORPORATION, et al.,            )
        Defendants.             )
```

ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that defendant Capital One's Motion to Compel Antitrust Discovery (Dkt. 142) is DENIED as MOOT; it is further

ORDERED that plaintiffs' Consent Motion for Entry of an Order Modifying the Discovery and Pretrial Schedule (Dkt. 145) is taken under advisement pending parties' submission.

ENTERED this 6th day of December, 2013.

```
                               _____/s/_____
                               THERESA CARROLL BUCHANAN
                               UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia