IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 1:13-cv-00740 (AJT/TRJ) |
| CAPITAL ONE FINANCIAL CORPORATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

This matter is before the Court on defendants' Motion for Leave to File an Early Summary Judgment Motion on § 101 and for Additional Summary Judgment Motions [Doc. No. 117] (the "Motion"). Upon consideration of the Motion, the memoranda of points and authorities in support thereof and in opposition thereto and the arguments of counsel during the hearing held on November 18, 2013, it is hereby

ORDERED that defendants' Motion for Leave to File an Early Summary Judgment Motion on § 101 and for Additional Summary Judgment Motions [Doc. No. 117] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 9, 2013