UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| INTELLECTUAL VENTURES I LLC, *et al.*, | ) |
| --- | --- |
| *Plaintiffs* | ) |
| v. | ) Case No. 1:13cv740 |
| | ) (AJT/TCB) |
| CAPITAL ONE FINANCIAL CORP., *et al.*, | ) |
| *Defendants* | ) |

**ORDER**

This matter is before the Court on parties' consent motion to modify and extend the discovery and pretrial schedule (Doc. 145). Upon consideration whereof, for good cause shown, with the expectation of a trial commencement date in April, and based upon the Court's directions from the bench (Doc. 152 & 153), and its is hereby

**ORDERED** that the motion is **GRANTED** in part, and the following discovery and pretrial events shall be conducted on the *new* schedule set forth below:

| *EVENT* | *Current Date* | *New Date* |
| --- | --- | --- |
| Close of Fact Discovery | December 13, 2013 | **January 31, 2014** |
| Initial Expert Reports | December 13, 2013 | **January 15, 2014** |
| Opposing Expert Reports | January 6, 2014 | **February 12, 2014** |
| Rebuttal Expert Reports | (Not scheduled) | **February 21, 2014** |
| Completion of Expert Depositions | January 6, 2014 | **March 7, 2014** |

And it is further

**ORDERED** the current date for oral argument on summary judgment motions, January 17, 2014, is **VACATED**, and the parties' motions for summary judgment will be heard on the following schedule:[1]

| EVENT | DATE |
|---|---|
| Motions for Summary Judgment and Opening Memoranda | February 28, 2014 |
| Memoranda in Opposition | March 13, 2014 |
| Reply Memoranda | March 18, 2014 |
| Hearing | March 21, 2014 at _10_ a.m./p.m. |

And it is further

**ORDERED** that the dates for filing and service of Rule 26(a)(3) disclosures and objections thereto, are **VACATED**, and the following schedule shall apply for those disclosures, objections, and any motions *in limine*:

| EVENT | DATE |
|---|---|
| File and serve Rule 26(a)(3)(i) – (iii) Disclosures (witness and exhibit lists, and deposition designations): service of trial exhibits | February 21, 2014 |
| Objections to Disclosures and Counter-designations of deposition testimony | February 28, 2014 |
| Motions *in Limine* and Opening Memoranda / *Daubert* Motions and Opening Memoranda | March 14, 2014 |
| Memoranda in Opposition | March 21, 2014 |
| Hearing | March 28, 2014 at _10_ a.m./p.m. |

And it is further

---

[1] This order is not intended to address *Defendants' Motion For Leave To File An Early Summary Judgment Motion On § 101 And For Additional Summary Judgment Motions* (Doc. 117), which was taken under advisement by the Court (Doc. 137).

2

**ORDERED** that except as modified herein or by prior orders of the Court, the terms of the initial pretrial order (Doc. 38) remain in effect.

ENTERED this \_\_\_ day of December 2013.

Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

3