UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

# MOTION HEARING

Date: 12/20/13
Start: 10:01 AM
Finish: 10:29 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 13CV740

Intellectual Ventures I LLC et al

vs.

Capital One Financial Corporation et al

Appearance of Counsel for ( X ) Plaintiff   ( X ) Defendant

Motion to Compel - DE #158

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted ( X ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow