UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., <br>     Plaintiffs, <br><br>     v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, et al., <br>     Defendants. | ) ) ) ) ) ) ) ) ) )   Civ. No. 1:13cv740 |

ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Capital One's Motion to Compel Intellectual Ventures' Production of Documents (Dkt. 158) is DENIED.

ENTERED this 20th day of December, 2013.

                                               /s/
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia