**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendants. | Civil Action No. 1:13-CV-00740-AJT-TCB |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, January 3, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association ("Capital One") will move the Court for the relief requested in its Motion to Compel Production of Email.[1]

---

[1] Local counsel for Plaintiffs, Craig C. Reilly, Esquire, has indicated he is out of town on January 3, 2014. At a hearing on December 16, 2013, the Court indicated availability to hear discovery motions in this case on January 6 or January 7, 2014. Capital One respectfully requests a hearing on either of those dates and represents that because of depositions scheduled, it would be prejudicial to defer this motion to the January 10 motions day.

| | |
|---|---|
| Dated: December 27, 2013 | **CAPITAL ONE FINANCIAL CORPORATION** <br> **CAPITAL ONE BANK (USA), N.A.** <br> **CAPITAL ONE, N.A.** <br> <br>    /s/ Mary C. Zinsner <br> Mary Catherine Zinsner (VSB No. 31397) <br> mary.zinsner@troutmansanders.com <br> S. Mohsin Reza (VSB No. 75347) <br> mohsin.reza@troutmansanders.com <br> Glenn B. Manishin (VSB No. 49029) <br> glenn.manishin@troutmansanders.com <br> TROUTMAN SANDERS LLP <br> 1850 Towers Crescent Plaza, Suite 500 <br> Tysons Corner, Virginia 22182 <br> Telephone: (703) 734-4334 <br> Facsimile: (703) 734-4340 <br> <br> Robert A. Angle (VSB No. 37691) <br> robert.angle@troutmansanders.com <br> Dabney J. Carr, IV (VSB No. 28679) <br> dabney.carr@troutmansanders.com <br> Nicholas R. Klaiber (VSB No. 80563) <br> nicholas.klaiber@troutmansanders.com <br> TROUTMAN SANDERS LLP <br> 1001 Haxall Point <br> Richmond, Virginia 23219 <br> Telephone: (804) 697-1246 <br> Facsimile: (804) 698-5124 <br> <br> Jonathan D. Link (VSB No. 42951) <br> jonathan.link@lw.com <br> Marguerite M. Sullivan (VSB No. 66000) <br> marguerite.sullivan@lw.com <br> Matthew J. Moore (*pro hac vice*) <br> matthew.moore@lw.com <br> Abbott B. Lipsky, Jr. (*pro hac vice*) <br> tad.lipsky@lw.com <br> Peter Schmidt (*pro hac vice*) <br> peter.schmidt@lw.com <br> Gabrielle Kohlmeier (*pro hac vice*) <br> gabrielle.kohlmeier@lw.com <br> Anthony J. Zappin (*pro hac vice*) <br> anthony.zappin@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C.  20004-1304 <br> Tel: (202) 637-2200; Fax: (202) 637-2201 |

2


Jeffrey G. Homrig (*pro hac vice*)
jeff.homrig@lw.com
Patricia Young (*pro hac vice*)
patricia.young@lw.com
Linfong Tzeng (*pro hac vice*)
linfong.tzeng@lw.com
Shoney Blake (*pro hac vice*)
shoney.blake@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025-1008
Tel: (650) 328-4600; Fax: (650) 463-2600

Joseph H. Lee (*pro hac vice*)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel: (714) 840-1235; Fax: (714) 755-8290

Neil A. Rubin (*pro hac vice*)
neil.rubin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234; Fax: (213) 891-8763

Andrew J. Fossom (*pro hac vice*)
andrew.fossom@lw.com
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
Tel: (713) 546-7449; Fax: (713) 546-5401

Alan James Devlin (*pro hac vice*)
alan.devlin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8294; Fax: (415) 395-5095

Cassius K. Sims (*pro hac vice*)
cassius.sims@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

*Attorneys for Defendants Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December, 2013, I filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the registered users listed below:

| | |
|---|---|
| Craig Crandall Reilly<br>Law Office of Craig C. Reilly<br>111 Oronoco St.<br>Alexandria, VA 22314<br>703-549-5353<br>Fax: 703-549-2604<br>craig.reilly@ccreillylaw.com | Clayton Thompson<br>Ian F. Feinberg<br>M. Elizabeth Day<br>David Alberti<br>Marc C. Belloli<br>Yakov Zolotorev<br>Lawrence McDonough<br>Sal Lim<br>Nickolas Bohl<br>Peter Mikhail<br>Feinberg Day Alberti & Thompson LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>(650) 618-4364 (T)<br>(650) 618-4368 (F)<br>cthompson@feinday.com<br>ifeinberg@feinday.com<br>eday@feinday.com<br>dalberti@feinday.com<br>nbelloli@feinday.com<br>yzolotorev@feinday.com<br>lmcdonough@feinday.com<br>slim@feinday.com<br>nbohl@feinday.com<br>pmikhail@feinday.com |

*Counsel for Plaintiffs Intellectual Ventures I LLC
and Intellectual Ventures II LLC*

/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
*Counsel for Defendants Capital One Financial
Corporation, Capital One Bank (USA), N.A., and
Capital One, N.A.*