**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

      Plaintiffs,

      v.

CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE BANK
(USA), NATIONAL ASSOCIATION; and
CAPITAL ONE, NATIONAL
ASSOCIATION,

      Defendants.

Civil Action No. 1:13-CV-00740-AJT-TCB

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Tuesday, January 7, 2014, at 2:00 p.m., or as soon

thereafter as counsel may be heard, Capital One Financial Corporation, Capital One Bank

(USA), National Association, and Capital One, National Association ("Capital One") will move

the Court for the relief requested in its Motion to Compel Production of Email. This hearing was

previously noticed for Friday, January 3, 2013.

Dated: December 30, 2013

**CAPITAL ONE FINANCIAL CORPORATION**
**CAPITAL ONE BANK (USA), N.A.**
**CAPITAL ONE, N.A.**

　　　/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
Glenn B. Manishin (VSB No. 49029)
glenn.manishin@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Nicholas R. Klaiber (VSB No. 80563)
nicholas.klaiber@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124

Jonathan D. Link (VSB No. 42951)
jonathan.link@lw.com
Marguerite M. Sullivan (VSB No. 66000)
marguerite.sullivan@lw.com
Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
Abbott B. Lipsky, Jr. (*pro hac vice*)
tad.lipsky@lw.com
Peter Schmidt (*pro hac vice*)
peter.schmidt@lw.com
Gabrielle Kohlmeier (*pro hac vice*)
gabrielle.kohlmeier@lw.com
Anthony J. Zappin (*pro hac vice*)
anthony.zappin@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

2

Washington, D.C.  20004-1304
Tel: (202) 637-2200; Fax: (202) 637-2201

Jeffrey G. Homrig (*pro hac vice*)
jeff.homrig@lw.com
Patricia Young (*pro hac vice*)
patricia.young@lw.com
Linfong Tzeng (*pro hac vice*)
linfong.tzeng@lw.com
Shoney Blake (*pro hac vice*)
shoney.blake@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025-1008
Tel: (650) 328-4600; Fax: (650) 463-2600

Joseph H. Lee (*pro hac vice*)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel: (714) 840-1235; Fax: (714) 755-8290

Neil A. Rubin (*pro hac vice*)
neil.rubin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234; Fax: (213) 891-8763

Andrew J. Fossom (*pro hac vice*)
andrew.fossom@lw.com
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
Tel: (713) 546-7449; Fax: (713) 546-5401

Alan James Devlin (*pro hac vice*)
alan.devlin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8294; Fax: (415) 395-5095

3

Cassius K. Sims (*pro hac vice*)
cassius.sims@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

*Attorneys for Defendants Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2013, I filed the foregoing with the

Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the registered

users listed below:

| | |
|---|---|
| Craig Crandall Reilly | Clayton Thompson |
| Law Office of Craig C. Reilly | Ian F. Feinberg |
| 111 Oronoco St. | M. Elizabeth Day |
| Alexandria, VA 22314 | David Alberti |
| 703-549-5353 | Marc C. Belloli |
| Fax: 703-549-2604 | Yakov Zolotorev |
| craig.reilly@ccreillylaw.com | Lawrence McDonough |
| | Sal Lim |
| | Nickolas Bohl |
| | Peter Mikhail |
| | Feinberg Day Alberti & Thompson LLP |
| | 1600 El Camino Real, Suite 280 |
| | Menlo Park, CA 94025 |
| | (650) 618-4364 (T) |
| | (650) 618-4368 (F) |
| | cthompson@feinday.com |
| | ifeinberg@feinday.com |
| | eday@feinday.com |
| | dalberti@feinday.com |
| | nbelloli@feinday.com |
| | yzolotorev@feinday.com |
| | lmcdonough@feinday.com |
| | slim@feinday.com |
| | nbohl@feinday.com |
| | pmikhail@feinday.com |

*Counsel for Plaintiffs Intellectual Ventures I LLC
and Intellectual Ventures II LLC*

/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
*Counsel for Defendants Capital One Financial
Corporation, Capital One Bank (USA), N.A., and
Capital One, N.A.*

21625888v1