UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

## MOTION HEARING

Date: 1/7/14
Start: 2:00 pm
Finish: 2:18 pm
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 13cv740

Intellectual Ventures I LLC et al

vs.

Capital One Finance Corp. et al

Appearance of Counsel for ( X ) Plaintiff  ( X ) Defendant

Motion to Compel Production of Email - DE #168

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted ( ) Denied ( X ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow