```
                  UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division
```

| | | |
|---|---|---|
| INTELLECTUAL VENTURES<br>I LLC, <u>et</u> <u>al.</u><br>      Plaintiffs, | )<br>)<br>)<br>) | |
| v. | ) | Civ. No. 1:13cv740 |
| CAPITAL ONE FINANCIAL<br>CORPORATION, <u>et</u> <u>al.</u>,<br>      Defendants. | )<br>)<br>)<br>) | |

<u>ORDER</u>

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Capital One's Motion to Compel Intellectual Ventures' Production of Email (Dkt. 168) is GRANTED in PART and DENIED in PART.

ENTERED this 7th day of January, 2014.

                                     /s/
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia