UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

INTELLECTUAL VENTURES         )
I LLC, <u>et</u> <u>al.</u>              )
    Plaintiffs,            )
                              )
       v.                     )   Civ. No. 1:13cv740
                              )
CAPITAL ONE FINANCIAL         )
CORPORATION, <u>et</u> <u>al.</u>,          )
    Defendants.            )

<u>ORDER</u>

    THIS MATTER came before the Court on Capital One's Motion to Compel Intellectual Ventures' Production of Email (Dkt. 168). After a hearing on that matter on January 7, 2014, the Court issued an Order granting in part and denying in part that motion.  This Order amends that prior decision.

    Upon further review of the pleadings and information provided by counsel, it is hereby

    ORDERED that Capital One's Motion to Compel Intellectual Ventures' Production of Email (Dkt. 168) is GRANTED.  Plaintiff must produce, at its own cost, emails identified from the non-duplicative searches of the email accounts relating to Peter Detkin and Nathan Myhrvold.  The parties may move, if necessary,

for an order briefly extending the discovery deadlines in this matter.

ENTERED this 9th day of January, 2014.

                                                                /s/
                                      THERESA CARROLL BUCHANAN
                                      UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia