**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; and CAPITAL ONE, NATIONAL ASSOCIATION, <br><br> Defendants/Counter-Plaintiffs, <br><br> v. <br><br> INTELLECTUAL VENTURES MANAGEMENT, LLC; INVENTION INVESTMENT FUND I, L.P.; INVENTION INVESTMENT FUND II, LLC; INTELLECTUAL VENTURES FUND 83 LLC, and JOHN DOES 1-2000, <br><br> Additional Counter-Defendants. | Civil Action No. 1:13-CV-00740-AJT-TCB |

**CAPITAL ONE'S RESPONSE AND STATEMENT OF NON-OPPOSITION
TO IV'S MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE,
OF CLAIMS UNDER UNITED STATES PATENT NO. 6,182,894**

In this case, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "IV") have asserted five patents against Defendants Capital One.  IV has moved (Doc. 172) under Fed. R. Civ. P. 41(a)(2) for voluntarily dismissal *with prejudice* of all of IV's claims under one of these patents, United States Patent No. 6,182,894 ("'894 patent"), because of IV's determination that the claims of that patent "are at risk of being found invalid" in light of prior art identified by Capital One (Doc. 173 at 2, 5) and because of IV's desire to avoid such a judicial determination of invalidity.  Capital One does not oppose this dismissal.

IV has also moved for dismissal *without prejudice* of Capital One's counterclaim Counts Five and Six concerning the '894 patent.  IV has moved to dismiss its claims under the '894 patent with prejudice and has acknowledged that this dismissal will have the same effect as a covenant not to sue Capital One in the future under the '894 patent based upon any of Capital One's now "ongoing" activities (Doc. 173 at 6-7).  In view of the breadth of IV's allegations and contentions in this matter, Capital One agrees that no case or controversy will exist regarding the '894 patent once IV's claim for infringement of that patent is dismissed with prejudice.  For that reason, Capital One does not oppose dismissal of its counterclaim Counts Five and Six *without prejudice*.

Capital One reserves all rights to assert claims or counterclaims concerning the '894 patent should a case or controversy arise in the future, and Capital One reserves the right to seek recovery of fees, expenses, and costs related to its defense and prosecution of the claims and counterclaims related to the '894 patent at an appropriate future date.

For the foregoing reasons, Capital One does not oppose entry of an order of dismissal in the form proposed by IV (Doc. 172-1).

Dated: January 10, 2014

**CAPITAL ONE FINANCIAL CORPORATION**
**CAPITAL ONE BANK (USA), N.A.**
**CAPITAL ONE, N.A.**


      /s/ Jonathan D. Link

Jonathan D. Link (VSB No. 42951)
jonathan.link@lw.com
Marguerite M. Sullivan (VSB No. 66000)
marguerite.sullivan@lw.com
Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
Abbott B. Lipsky, Jr. (*pro hac vice*)
tad.lipsky@lw.com
Peter Schmidt (*pro hac vice*)
peter.schmidt@lw.com
Gabrielle Kohlmeier (*pro hac vice*)
gabrielle.kohlmeier@lw.com
Anthony J. Zappin (*pro hac vice*)
anthony.zappin@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200; Fax: (202) 637-2201

Jeffrey G. Homrig (*pro hac vice*)
jeff.homrig@lw.com
Patricia Young (*pro hac vice*)
patricia.young@lw.com
Linfong Tzeng (*pro hac vice*)
linfong.tzeng@lw.com
Shoney Blake (*pro hac vice*)
shoney.blake@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025-1008
Tel: (650) 328-4600; Fax: (650) 463-2600

Joseph H. Lee (*pro hac vice*)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 840-1235; Fax: (714) 755-8290

2

Neil A. Rubin (*pro hac vice*)
neil.rubin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234; Fax: (213) 891-8763

Andrew J. Fossum (*pro hac vice*)
andrew.fossum@lw.com
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
Tel: (713) 546-7449; Fax: (713) 546-5401

Alan James Devlin (*pro hac vice*)
alan.devlin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8294; Fax: (415) 395-5095

Cassius K. Sims (*pro hac vice*)
cassius.sims@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Nicholas R. Klaiber (VSB No. 80563)
nicholas.klaiber@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124

Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutmansanders.com
S. Mohsin Reza (VSB No. 75347)
mohsin.reza@troutmansanders.com
Glenn B. Manishin (VSB No. 49029)
glenn.manishin@troutmansanders.com

3

TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

*Attorneys for Defendants Capital One Financial
Corporation, Capital One Bank (USA), N.A., and
Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2014, I electronically served the

foregoing to Plaintiffs' counsel as indicated:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314
703-549-5353
Fax: 703-549-2604
craig.reilly@ccreillylaw.com

Clayton Thompson
Ian F. Feinberg
M. Elizabeth Day
David Alberti
Marc C. Belloli
Yakov Zolotorev
Lawrence McDonough
Sal Lim
Nickolas Bohl
Peter Mikhail
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4364 (T)
(650) 618-4368 (F)
cthompson@feinday.com
ifeinberg@feinday.com
eday@feinday.com
dalberti@feinday.com
nbelloli@feinday.com
yzolotorev@feinday.com
lmcdonough@feinday.com
slim@feinday.com
nbohl@feinday.com
pmikhail@feinday.com

*Counsel for Plaintiffs Intellectual Ventures I LLC
and Intellectual Ventures II LLC*

/s/ Jonathan D. Link
Jonathan D. Link (VSB No. 42951)
jonathan.link@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Tel: (202) 637-2200; Fax: (202) 637-2201
*Counsel for Defendants Capital One Financial
Corporation, Capital One Bank (USA), N.A.,
and Capital One, N.A.*

5