UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:13cv740 |
| ) | (AJT/TCB) |
| CAPITAL ONE FINANCIAL CORP., *et al.*, ) | |
| ) | |
| *Defendants* ) | |

## ORDER

This matter is before the Court on Plaintiffs' motion to voluntarily dismiss their claims under United States Patent No. 6,182,894 ('894 patent"), with prejudice. Upon consideration of the motion and arguments in support of and in opposition thereto, it is hereby

ORDERED that the motion is granted, and the Plaintiffs' claims under the '894 patent (Doc. 1, Third Claim for Relief) are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Defendants' counterclaims (Doc. 88, Counts Five and Six) regarding the '894 patent are hereby DISMISSED WITHOUT PREJUDICE; and its is further

ORDERED that no fees, expenses, or costs are awarded based on this order, and all such issues are reserved for later consideration at the conclusion of the case.

ENTERED this /3 day of January, 2014.

Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge
Anthony J. Trenga
United States District Judge